**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1221

WENDY DALE,

        Debtor - Appellant,

     v.

ALGERNON LEE BUTLER, III,

        Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (7:19-cv-00254-BR)

Submitted: August 24, 2021                              Decided: August 26, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wendy Dale, Appellant Pro Se. Algernon Lee Butler, III, Wilmington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendy Dale appeals from the district court's orders: (1) affirming the bankruptcy court's orders denying her motion to convert her Chapter 7 case to one under Chapter 13, allowing the Trustee's motion for approval of a compromise of her employment discrimination lawsuit, and denying her motion for reconsideration of the order allowing the Trustee's objection to exemptions and prohibiting her from amending her exemptions, and (2) denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dale v. Butler*, No. 7:19-cv-00254-BR (E.D.N.C. Nov. 17, 2020 & Feb. 3, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*